# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE


UNITED STATES OF AMERICA

v.                                                    Case No.: 4:10–cr–00033

CHRISTOPHER J CLARK


### ORDER


The Court finds that defendant, Christopher J Clark, does not have the funds to retain an attorney of defendant's choice and that defendant wants to be represented by counsel. As a condition of the appointment of counsel to represent defendant, the Court reserves the right to require the defendant to repay the government the reasonable value of the services rendered to defendant by the appointed counsel and any expenses in connection therewith. Accordingly, it is ORDERED the following counsel will be appointed to represent defendant:


Brian O'Shaughnessy
Brian O'Shaugnessy Attorney at Law
823 Houston Street, Suite 202
Chattanooga, TN 37403

423–385–4318


ENTER.

                                    s/Susan K Lee_____
                                    UNITED STATES MAGISTRATE JUDGE